IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ESTATE OF JIM W. BENJAMIN,
DECEASED, SCOTT BENJAMIN and
BRETT BENJAMIN, individually and as
Co-Executors of the Estate of Jim W. Benjamin,             PLAINTIFFS,

VERSUS                                               CAUSE NO.: 1:20-CV-001-GHD-RP

LAKEVIEW LOAN SERVICING, LLC,                        DEFENDANT.

## AGREED ORDER FOR ADDITIONAL TIME TO ANSWER LAKEVIEW LOAN SERVICING, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS

**THIS CAUSE IS BEFORE THE COURT** on the *ore tenus* Motion of the Plaintiffs, Estate of Jim W. Benjamin, Deceased, Scott Benjamin and Brett Benjamin, Individually and as Co-Executors of the Estate of Jim W. Benjamin, for an extension of time in which to file a response to the Motion for Judgment on the Pleadings filed by Defendant, Lakeview Loan Servicing, LLC. The Defendant's attorney does not object to the extension of time.

**ACCORDINLY, IT IS ORDERED**, that the Plaintiffs are hereby granted an extension of time in which to file a response to the Motion for Judgment on the Pleadings filed by the Defendant up to and including April 6, 2020.

**SO ORDERED**, this the 25th day of March, 2020.

                                                              UNITED STATES DISTRICT JUDGE

AGREED:

/s/Arch Bullard
Arch Bullard, MSB #8657
*Attorney for Plaintiffs*


/s/Amelia K. Steindorff
Amelia K. Steindorff, MSB #105789
*Attorney for Defendant*