UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ESTATE OF JIM W. BENJAMIN, Deceased; et al.         PLAINTIFFS

v.                                      Civil No. 1:20-cv-00001-GHD-RP

LAKEVIEW LOAN SERVICING, LLC                         DEFENDANT

### ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendant's motion for judgement on the pleadings [15] is DENIED; and

(2) this matter shall PROCEED.

SO ORDERED, this, the 17th day of November, 2020.

_____
SENIOR U.S. DISTRICT JUDGE