IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ESTATE OF JIM W. BENJAMIN,
DECEASED, SCOTT BENJAMIN and
BRETT BENJAMIN, individually and as
Co-Executors of the Estate of Jim W. Benjamin, PLAINTIFFS,

VERSUS                                         CAUSE NO.: 1:20-CV-001-GHD-RP

LAKEVIEW LOAN SERVICING, LLC,                  DEFENDANT.

### ORDER DISMISSING WITHOUT PREJUDICE

**THIS CAUSE IS BEFORE THE COURT,** on the Joint Stipulation for Dismissal [39] filed by the Parties that outlined the contingent settlement they have agreed upon which is subject to the approval of the Chancery Court of Alcorn County, Mississippi, and the Bankruptcy Court of the Northern District of Mississippi. The Court finds the Stipulation well taken.

**ACCORDINGLY, IT IS ORDERED:**

That the above styled cause of action shall be removed from the Court's active docket and dismissed without prejudice pending the approval of the Chancery Court of Alcorn County, Mississippi, and the Bankruptcy Court of the Northern District of Mississippi. The Parties shall inform the Court once approval has been granted. If for any reason settlement is not fully consummated, the Court may for cause return the case to the active docket.

**SO ORDERED,** this the 15th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE